IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRYAN CLARK,**<br><br>Plaintiff,<br><br>v.<br><br>**DR. WONG,**<br><br>Defendants. | Case No. 2:23-cv-1439 DMC<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO OPT OUT OF POST-SCREENING ALTERNATIVE DISPUTE RESOLUTION PROJECT** |

Good cause appearing, IT IS HEREBY ORDERED that:

Defendant's request to opt out of this Court's Post-Screening Alternative Dispute Resolution is GRANTED. This action is released from the Court's Post-Settlement Alternative Dispute Resolution. The stay of proceedings imposed on November 2, 2023, is lifted. The Court will set a schedule for this case by separate order.

Dated: December 4, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE