**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYAN CLARK, | No.  2:23-CV-1439-DAD-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| WONG, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for reconsideration of the Court's June 11, 2025, order denying Plaintiff's request for the appointment of counsel.  See ECF No. 35.

In his motion, Plaintiff does not argue specific ground for reconsideration, such as mistake, inadvertence, clerical error, or legal error.  Rather, Plaintiff essentially renews his prior request for appointment of counsel based on partial blindness.  In denying Plaintiff's prior motion for appointment counsel, the Court stated as follows:

> In the present case, the Court does not at this time find the required exceptional circumstances.  Plaintiff contends that appointment of counsel is warranted because he has lost the sight in his right eye and is suffering from headaches.  See ECF No. 29.  While the Court sympathizes with Plaintiff's loss of eyesight, it does not appear that this has prevented Plaintiff from prosecuting his action on his own.  Specifically, despite Plaintiff's vision difficulties, Plaintiff has been able to file an opposition to

1

Defendant's motion for summary judgment. [footnote omitted]. See ECF No. 30. Moreover, given the pending motion for summary judgment, the Court cannot say that Plaintiff has established a particular likelihood of success on the merits which would support the appointment of counsel. Finally, a review of the issues presented in this case reflects that they are neither factually nor legally complex such that Plaintiff will be unable to proceed on his own.

ECF No. 33.

Plaintiff's current motion for reconsideration, in which he renews his request for appointment counsel, makes no additional showing warranting the Court to reconsider the prior denial of Plaintiff's request.

Defendant's motion for summary judgment will be addressed by separate findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for reconsideration, ECF No. 35, is DENIED.

Dated:  February 3, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2