UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYAN CLARK,

            Plaintiff,

    v.

DR. WONG,

            Defendant.

No.  2:23-cv-01439-DAD-DMC (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

(Doc. Nos. 26, 38)

Plaintiff Bryan Clark is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 24, 2026, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion to for summary judgment (Doc. No. 26) be granted. (Doc. No. 38.)  Specifically, the magistrate judge concluded that the undisputed evidence before the court on summary judgment demonstrated that defendant Dr. Wong was not deliberately indifferent to plaintiff's serious medical needs.  (*Id.* at 9.)  Rather, the undisputed evidence reflected that from the time plaintiff began complaining of vision problems until the time plaintiff was diagnosed with and treated for a retinal tear, defendant Dr. Wong consistently provided plaintiff with medical treatment.  (*Id.* at 10.)  Finally, the magistrate judge found that the evidence

1

established that any delay in plaintiff being provided antifungal medication could not have resulted in any actionable harm to plaintiff because testing established that plaintiff did not suffer from a fungal infection. (*Id.*)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 11.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.      The findings and recommendations issued on March 24, 2026 (Doc. No. 38) are adopted in full;

2.      Defendant's motion for summary judgment (Doc. No. 26) is granted; and

3.      The Clerk of the Court is directed to enter judgment in favor of defendant and to close this case.

IT IS SO ORDERED.

Dated:   **June 4, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2